JS-6/ent.

ANDREW C. MUZI, ESQ., SBN 132282
DANA L. HARRIS, ESQ., SBN 220668
MUZI & ASSOCIATES
1851 E. FIRST STREET, SUITE 1257
SANTA ANA, CALIFORNIA 92705-4017
Telephone (949) 553-9277
Facsimile (949) 553-9288

Attorney for Plaintiff/Cross-Defendant,
ISEC, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FOR USE AND BENEFIT OF ISEC, INC., a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>AEROPLATE CORPORATION, a California corporation, ARCH INSURANCE COMPANY, a Missouri corporation, and DOES 1 through 10,<br><br>Defendants.<br>_____<br>AEROPLATE CORPORATION, a California corporation,<br><br>Cross-Complainant,<br><br>v.<br><br>UNITED STATES FOR THE USE AND BENEFIT OF ISEC, INC., a Colorado corporation, and ROES 1 through 10, inclusive,<br><br>Cross-Defendants.<br>_____ | Case No: SACV06-507VBF(ANx)<br><br>[Assigned for all purposes to Honorable Valerie Baker Fairbank]<br><br>**AMENDED JUDGMENT**<br><br>DATE:     October 3, 2007<br>TIME:      8:30 a.m.<br>CTRM:    9 |

///

)

-1-

**[PROPOSED] AMENDED JUDGMENT**

This cause came on regularly for trial on October 3, 2007 in Court Room 9 of the above-entitled court, the Honorable Valerie Baker Fairbank, Judge Presiding. Plaintiff/Cross-Defendant ISEC, INC., a Colorado Corporation ("ISEC") appeared by counsel, Andrew C. Muzi, Esq. of Muzi & Associates. Defendant/Cross-Complainant Aeroplate Corporation, a California Corporation ("Aeroplate") appeared by counsel, William Bruckner, Esq. of Bruckner & Walker. Defendant Arch Insurance Company, a Missouri corporation ("ARCH") appeared by counsel, John J. Immordino, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP. Oral and documentary evidence was presented by all parties, and the matter was ruled on by the Court on October 17, 2007.

NOW, THEREFORE, PURSUANT TO THE DECISION BY THE COURT AND THE FINDINGS OF FACT AND CONCLUSIONS OF LAW RENDERED BY THE COURT (AS SET FORTH ORALLY BY THE COURT ON THE RECORD), IT IS HEREBY ADJUDGED, ORDERED AND DECREED that:

1. Judgment is hereby entered in favor of Plaintiff ISEC and against Defendant AEROPLATE and Defendant ARCH on the Complaint. Judgment is entered in favor Cross-Defendant ISEC against Cross-Complainant AEROPLATE on the Cross-Complaint;

2. AEROPLATE and ARCH are HEREBY ORDERED to pay ISEC, jointly and severally, the amount of $186,771.77 in compensatory damages;

3. As set forth on the record at the January 7, 2008 hearing, AEROPLATE is HEREBY ORDERED to pay attorneys' fees and pre-judgment interest. AEROPLATE is also HEREBY ORDERED to pay ISEC's costs in the amount of $39,014.98.

**IT IS SO ORDERED.**

DATED: _1/15/08_____   BY: _____
Hon. VALERIE BAKER FAIRBANK
United States District Judge